■ In the Matter of KRISTA ANNE HUGHES, an Attorney, Resignor. [730 NYS2d 747] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Kehoe, JJ. (Filed June 29, 2001.)

■ In the Matter of BRUCE R. FENWICK, an Attorney, Resignor. [731 NYS2d 137] —Resignation accepted and name stricken from roll of attorneys. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ In the Matter of ANTHONY F. LEONARDO, JR., a Suspended Attorney, Respondent. [732 NYS2d 602] —A certified copy of a certificate having been filed showing that Anthony F. Leonardo, Jr. was convicted of conspiracy in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Pigott, Jr., P. J., Hurlbutt, Kehoe, Scudder and Lawton, JJ. (Filed Sept. 12, 2001.)

■ In the Matter of SAMUEL A. MARINO, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [731 NYS2d 137] —Resignation accepted and name stricken from roll of attorneys. Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of PETER S. ZOGBY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [730 NYS2d 917] —Resignation accepted, name stricken from roll of attorneys and order of restitution entered. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HARRIS, Appellant. [733 NYS2d 660] —Judgment unani-